USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

WALBERTO CINTRON NOGUERAS,

                Plaintiff,

     -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

20 **CIVIL** 8960 (DCF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated August 26, 2021, that the Commissioner's

decision is reversed and that this action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative

proceedings.

**Dated:** New York, New York
       August 26, 2021

                                **RUBY J. KRAJICK**

                                **Clerk of Court**

          **BY:**

                                **Deputy Clerk**